**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7797**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DELANO BOOTHE,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:09-cr-00063-RBS-TEM-9)

———————

Submitted: April 23, 2015        Decided: April 28, 2015

———————

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Delano Boothe, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delano Boothe appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. See United States v. Smalls, 720 F.3d 193 (4th Cir. 2013). Accordingly, we affirm for the reasons stated by the district court. United States v. Boothe, No. 4:09-cr-00063-RBS-TEM-9 (E.D. Va. Nov. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2